UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Philip M. Harry, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>HSBC Mortgage Services, Inc.,<br><br>      Defendant. | Court File No. 12-cv-990-SRN-JJK<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys, that the above-entitled action by Plaintiff is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                        Respectfully submitted:

Dated: March 19, 2013              **CROWDER TESKE, PLLP**

                                        By: s/ Vildan A. Teske
                                        William H. Crowder (MN Bar No. 20102)
                                        Vildan A. Teske (MN Bar No. 241404)
                                        Marisa C. Katz (MN Bar No. 389709)
                                        222 South Ninth Street, Suite 3210
                                        Minneapolis, Minnesota  55402
                                        Tel: (612) 746-1558
                                        teske@crowderteske.com

                                        Richard J. Fuller (MN # 032669)
                                        Attorney at Law
                                        400 South Fourth Street, Suite 202
                                        Minneapolis, Minnesota 55402
                                        Tel: (612) 294-2600

        **SCHAEFER LAW FIRM, LLC**

        Bert Black, of counsel (MN # 345042)
        400 South Fourth Street, Suite 202
        Minneapolis, Minnesota 55415
        Tel: (612) 294-2600
        bblack@schaeferlaw.com

        ***Attorneys for Plaintiff***

Dated: March 19, 2013        s/ Brian Frontino
        Julia B. Strickland (Admitted Pro Hac Vice)
        Brian C. Frontino (Admitted Pro Hac Vice)
        **STROOCK & STROOCK & LAVAN LLP**
        2029 Century Park East
        Los Angeles, California 90067
        Tel: (310) 556-5800
        lacalendar@strook.com

        **ZELLE HOFMANN VOELBEL & MASON LLP**
        Lawrence T. Hofman (MN State Bar # 45998)
        Rory D. Zamansky (MN State Bar #0330620)
        500 Washington Avenue South, Suite 4000
        Minneapolis, Minnesota 55415
        Tel: (612) 339-2020
        lhofmann@zelle.com

        ***Attorneys for Defendant HSBC Mortgage Services, Inc.***