UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Philip M. Harry,                                 Case No. 12-CV-990 (SRN/JJK)

    Plaintiff,

v.                                               **ORDER OF DISMISSAL**

HSBC Mortgage Services, Inc.,

    Defendant.

---

Based upon the Stipulation for Dismissal filed by parties on March 19, 2013 [Docket No. 33],

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 20, 2013

                                                            s/Susan Richard Nelson
                                                            SUSAN RICHARD NELSON
                                                            United States District Judge